1   Raymond Babaian (State Bar No. 232486)
    rb@valiantlaw.com
2   Aaron Bustos (State Bar No. 345330)
    adb@valiantlaw.com
3   **VALIANT LAW**
    800 Ferrari Lane, Suite 100
4   Ontario, California 91764
    Phone: 909 677 2270 ♦ Fax: 909 677 2290
5
6   Attorneys for Plaintiff, MARIA OROZCO

JS-6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10  MARIA OROZCO, an individual            Case No.: 5:25-cv-00276 CAS(SPx)
                                           *(San Bernardino Superior Court*
11                                         *State Case No. CIVSB2435120)*
              Plaintiff,
12                                         **ORDER GRANTING JOINT**
         v.                                **STIPULATION TO REMAND TO**
13                                         **STATE COURT AND**
                                           **ARBITRATION**
14  NATIONAL DISTRIBUTION
    CENTERS, LLC., a Delaware Limited
15  Liability Company; CESAR MOLINA,       Complaint Filed: November 14, 2024
    an individual; ISRAEL MORA, an         Trial Date: None Set
16  individual; and, DOES 1 through 20,
    inclusive,
17
18
19
20  ///
21
22  ///
23
24  ///
25
26  ///
27
28  ///

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT AND ARBITRATION

VALIANT LAW
800 FERARRI LANE, SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ♦ FAX 909 677 2290

## ORDER

After reviewing the Parties' Joint Stipulation and finding good cause, IT IS HEREBY ORDERED:

(1) The matter, *Maria Orozco v National Distribution Centers, LLC. et al.,* *Maria Orozco v National Distribution Centers, LLC. et al.*, United States District Court Central District of California, Case Number 5:25-cv-00276 SHK, is hereby remanded to State Court, Specifically, San Bernardino County Court, for the limited purposes of: (1) enforcing the arbitrator's award, (2) enforcing the stipulation, and (3) hearing any motions to vacate the arbitration action..

(2) This Action shall be remanded in accordance with the terms of the Joint Stipulation.

Date: March 5, 2025

By: *Christine A. Snyder*
Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

VALIANT LAW
800 FERRARI LANE., SUITE 100
ONTARIO, CALIFORNIA 91764
TELEPHONE 909 677 2270 ◆ FAX 909 677 2290